UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GARIBAY<br><br>　　　　Defendant. | Case No. 2:24-cr-0067 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALBERTO GARIBAY</u> Case No. <u>2:24-cr-0067 JAM</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　_____　Unsecured Appearance Bond $   $100,000.00

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　　　　_____　(Other):$100,000 unsecured bond co-signed by

　　　　__X__　Lizbeth Garibay Castillo. Defendant to be released on

　　　　_____　MARCH 28, 2024.

Issued at Sacramento, California on March 28, 2024 at 2:19 PM


　　　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney