PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00067 DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALBERTO GARIBAY, | DATE: September 24, 2024 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Preciliano Martinez, counsel for defendant Alberto Garibay, hereby stipulate as follows:

1. The Indictment was returned on March 21, 2024, and the Honorable John A. Mendez assigned.

2. By previous order, on March 26, 2023, this matter was set for status on May 21, 2024, with an exclusion of time, under Local Code T4.

3. On April 17, 2024, the matter was reassigned to the Honorable Dale A. Drozd, the status conference was vacated, and the United States was directed to reschedule the status conference.

4. By this stipulation, the defendant moves to continue the status conferences to September 24, 2024.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

5.       The Government and Defense Counsel, stipulate to exclude time between May 21, 2024 May 21, 2024 and September 24, 2024, under Local Code T4.

6.       The Government and Defense Counsel agree and stipulate, and request that the Court find the following:

    a)       The government has represented that the discovery associated with this case includes law enforcement reports, lab reports, search warrants, and photographs.  Initial disclosures have been made available to Defense Counsel.

    b)       Defense Counsel desires additional time to consult with his client, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c)       Defense Counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)       The Government does not object to the continuance.

    e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2024inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defense Counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: April 26, 2024                        PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ Kerry Blackburn
                                             Kerry Blackburn
                                             Assistant United States Attorney

Dated: April 26, 2024                        /s/ Preciliano Martinez
                                             PRECILIANO MARTINEZ
                                             Counsel for Defendant
                                             ALBERTO GARIBAY

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is continued to September 24, 2024 at 9:30 a.m. and time is excluded between May 21, 2024 and September 24, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **April 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE