| | |
|---|---|
| 1 | ERIC GRANT |
|  | United States Attorney |
| 2 | ROSS PEARSON |
|  | Assistant United States Attorney |
| 3 | CAILY NELSON |
|  | Special Assistant United States Attorney |
| 4 | 501 I Street, Suite 10-100 |
|  | Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |
|  | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00067-DAD |
|---|---|
| Plaintiff, | STIPULATION TO VACATE MOTION HEARING; ORDER |
| v. | |
| ALBERTO GARIBAY, | DATE: August 18, 2025 |
|  | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to vacate the motion hearing scheduled for August 18, 2025. The parties previously asked the Court to hear any Rule 12 motions on this date. However, because no Rule 12 motions have been filed, the hearing is unnecessary. The parties therefore ask this Court to vacate the August 18, 2025, motions hearing.

IT IS SO STIPULATED.

Dated: August 11, 2025

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: August 11, 2025

/s/ PERCY MARTINEZ
PERCY MARTINEZ
Counsel for Defendant
ALBERTO GARIBAY
(Authorized by email on August 11, 2025)

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the hearing on pretrial motions, other than motions *in limine*, previously scheduled for August 18, 2025 at 9:30 a.m. is vacated as unnecessary.

IT IS SO ORDERED.

Dated: **August 12, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE